UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Thomas J. Sawyer : Case #: 04-54848
Christine S. Sawyer

: Chapter 13

: Judge Caldwell

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: December 15, 2009            /s/ Frank M. Pees_____
                                    Frank M. Pees
                                    Chapter 13 Trustee


Name and Address                    Amount
THOMAS AND CHRISTINE SAWYER         $288.12
PO BOX 13148
CIRCLEVILLE OH 43113